FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 04, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN S. RUCKER,<br><br>Defendant. | No. 1:19-PO-08041-MKD-1<br><br>ORDER GRANTING UNITED STATES' MOTION TO EXPEDITE AND MOTION TO DISMISS CASE WITH PREJUDICE<br><br>**ECF Nos. 9-10** |

Before the Court is the United States' Motion to Dismiss Case with Prejudice (ECF No. 9) and related Motion to Expedite (ECF No. 10). For the reasons set forth in the motion;

**IT IS HEREBY ORDERED:**

1. The Motion to Expedite (**ECF No. 10**) is **GRANTED**.

2. The Motion to Dismiss Case with Prejudice (**ECF No. 9**) is **GRANTED**.

3. This case shall be **DISMISSED WITH PREJUDICE**.

4. The District Court executive is directed to file this order, provide copies to counsel, and close the file.

DATED May 4, 2020.

<i>s/Mary K. Dimke</i><br>MARY K. DIMKE<br>UNITED STATES MAGISTRATE JUDGE

ORDER - 1